IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MARTERIUS SANDERS**                                              **PETITIONER**

**V.**                            **CIVIL ACTION NO.: 1:18CV53-SA-JMV**

**PELICIA HALL and ATTORNEY GENERAL**
**FOR THE STATE OF MISSISSIPPI**                        **RESPONDENTS**

**ORDER OF DISMISSAL**

This matter is before the Court, *sua sponte*, for consideration of dismissal. On March 23, 2018, this Court entered an Order directing the petitioner to either pay the $5.00 filing fee in this action or submit a completed *in forma pauperis* ("IFP") request. Doc. #3. The Order cautioned the petitioner that failure to comply with the requirements of the Order could lead to the dismissal of his lawsuit. Despite this warning, the petitioner has failed to pay the filing fee or submit a completed IFP request, and the deadline for compliance has passed. Therefore, this action is **DISMISSED** for the petitioner's failure to prosecute and comply with an order of the Court pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED** this 24th day of April, 2018.

                                                   /s/ Sharion Aycock
                                                   UNITED STATES DISTRICT JUDGE